**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1894**

ERIC MAURICE PINCKNEY,

> Petitioner - Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE SERVICE,

> Respondent - Appellee.

Appeal from the United States Tax Court.  (Tax Ct. No. 4217-22L)

Submitted:  March 12, 2026                          Decided:  March 17, 2026

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric Maurice Pinckney, Petitioner Pro Se.  Nishant Kumar, Tax Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Maurice Pinckney appeals the tax court's order dismissing for lack of jurisdiction his challenge to the collection of restitution-based assessments for tax years 2008, 2009, 2010, 2011, and 2016, and granting summary judgment in favor of the Commissioner with respect to Pinckney's remaining liabilities, including unpaid federal income tax for tax years 2011 and 2016, and civil penalties for years 2009 and 2010.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the tax court.  *Pinckney v. Comm'r of Internal Revenue*, No. 4217-22L (T.C. July 9, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
